United States District Court
Southern District of Texas
**ENTERED**
January 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRANG LE, *et al.*, § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-04208 |
| § | |
| STATE FARM LLOYDS § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 18, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Richard W. Bennett under 28 U.S.C. § 636(b)(1). (Dkt. 8). Judge Bennett filed a *Memorandum and Recommendation* on November 19, 2025, recommending that Plaintiffs' Motion to Remand be denied and Defendant's Motion to Limit Plaintiffs' Claim for Attorneys' Fees be granted. (Dkt. 14).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Bennett's *Memorandum and Recommendation* (Dkt. 14) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiffs' Motion to Remand (Dkt. 7) is **DENIED**; and

(3)  Defendant's Motion to Limit Plaintiffs' Claim (Dkt. 2) is **GRANTED**.

It is so **ORDERED**.

Signed at Houston, Texas on January 20, 2026.

                                              GEORGE C. HANKS, JR
                                      UNITED STATES DISTRICT JUDGE